UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NELLIE PACHECO,
       Plaintiff,

   -v-

BJ'S WHOLESALE CLUB, INC., *et al.*,
       Defendants.

21-CV-6113 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

  This case was removed from New York Supreme Court, Bronx County, on July 16, 2021. Counsel for the plaintiff is directed to file an appearance with this Court no later than August 2, 2021.

  Counsel for the defendants shall serve a copy of this order on counsel for the plaintiff by July 26, 2021.

  SO ORDERED.

Dated: July 21, 2021
   New York, New York

                _____
                  J. PAUL OETKEN
                 United States District Judge